COMMONWEALTH of Pennsylvania,
Respondent

v.

Charles PARKER, Petitioner

No. 347 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

## CITY OF PHILADELPHIA

v.

Jose RIVERA, Paula Marino, The United States of America and Harrison, Inc.

Petition of: Jose Rivera
and Paula Marino

No. 352 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

Edward J. SCHOCK, Petitioner

v.

CITY OF LEBANON, Respondent

No. 609 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

Where subsection 5(f)(2) of the Neighborhood Improvement District Act, Act of December 20, 2000, P.L. 949, No. 130 provides for veto of a final plan "[i]f 40% or more of the affected property owners within the proposed NID [neighborhood improvement district] register their disapproval," is the term "affected property owners within the proposed NID" limited to the owners of properties to be assessed under the plan or does the term include the owners of all properties that are within the physical boundaries of the district?